William C. Hernquist II (SBN 138015)
WILLIAM C. HERNQUIST II, A.P.C.
8407 La Mesa Boulevard
La Mesa, California 91942
Phone: (619) 687-2300
Facsimile: (619) 687-2302
Email: wch@hernquistlaw.com

Attorney for Use-Plaintiff
THYSSENKRUPP ELEVATOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br><br>THYSSENKRUPP ELEVATOR CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; K.O.O. CONSTRUCTION, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation,<br><br>  Counter-claimant,<br><br>vs.<br><br>THYSSENKRUPP ELEVATOR CORPORATION, a Delaware corporation,<br><br>  Counter-defendant. | Case No: 1:15-cv-00494-LJO-BAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE LAST DAY TO FILE JOINT REQUEST FOR DISMISSAL**<br><br>**CTRM: #8 (6th Floor)**<br>**BARBARA A. McAULIFFE**<br>**U.S. MAGISTRATE JUDGE** |

I.

STIPULATION

IT IS HEREBY STIPULATED by and between Use-Plaintiff/Counter-Defendant THYSSENKRUPP ELEVATOR CORPORATION and Defendant/Counter-claimant KOO CONSTRUCTION, INC., by and through their attorneys of record, that the last day to file the joint request for dismissal in this matter, currently scheduled for July 5, 2016, be continued for a period of two weeks. The Parties stipulate that the last day to file a joint request for dismissal in this matter is July 19, 2016.

Dated: July 6, 2016

By: __/s/_William C. Hernquist II___
William C. Hernquist II, A.P.C.
Attorney for Use-Plaintiff and Counter-Defendant
THYSSENKRUPP ELEVATOR CORPORATION

By: ___/s/ Patricia A. Meagher _ __
Patricia A. Meagher
Attorney for Defendant and Counter-claimant
K.O.O. CONSTRUCTION, INC.

By: __/s/ Andrew G. Guess_ _ _
Andrew G. Guess
Attorney for Defendant
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

ORDER

IT IS SO ORDERED that the last day to file a joint request for dismissal in this matter is July 19, 2016.

Dated:  **July 6, 2016**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE