1  William C. Hernquist II (SBN 138015)
   WILLIAM C. HERNQUIST II, A.P.C.
2  8407 La Mesa Boulevard
3  La Mesa, California 91942
   Phone: (619) 687-2300
4  Facsimile: (619) 687-2302
   Email: wch@hernquistlaw.com
5
6  Attorney for Use-Plaintiff
   THYSSENKRUPP ELEVATOR CORPORATION
7

8                  UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, for the use ) | Case No: 1:15-cv-00494-BAM
   | and benefit of:                      )
12 |                                      )   **STIPULATION OF DISMISSAL AND**
13 | THYSSENKRUPP ELEVATOR                )   **[PROPSED] ORDER**
   | CORPORATION, a Delaware corporation, )
14 |                                      )   **CTRM: #8 (6th Floor)**
                   Plaintiff,             )   **BARBARA A. McAULIFFE**
15 | vs.                                  )   **U.S. MAGISTRATE JUDGE**
16 |                                      )
   | TRAVELERS CASUALTY AND SURETY        )
17 | COMPANY OF AMERICA, a Connecticut     )
   | corporation; K.O.O. CONSTRUCTION, INC.,)
18 | a California corporation; and DOES 1 through )
19 | 50, inclusive,                        )
   |                                      )
20 |              Defendants.              )
   | K.O.O. CONSTRUCTION, INC., a California )
21 | corporation,                          )
   |                                      )
22 |              Counter-claimant,        )
23 | vs.                                   )
   |                                      )
24 | THYSSENKRUPP ELEVATOR                 )
25 | CORPORATION, a Delaware corporation,  )
   |                                      )
26 |              Counter-defendant.       )
27 |                                      )
   |                                      )
28 |                                      )

1  WHEREAS, Use-Plaintiff THYSSENKRUPP ELEVATOR CORPORATION ("Use-Plaintiff") filed its Complaint for Miller Act Claim (40 USC §3133); Breach of Contract; Unjust Enrichment; and Quantum Meruit on March 31, 2015;

WHEREAS, Use-Plaintiff and Defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and K.O.O. CONSRUCTION, INC. ("Defendants") settled this matter on or about July 6, 2016;

THEREFORE, IT IS HEREBY STIPULATED by and between Use-Plaintiff and Defendants, through their designated counsel, that the above-captioned action should be dismissed with prejudice. The parties further stipulate that, except as set for in the July 6, 2016 Settlement Agreement between them, the parties stipulate to bear their own attorney's fees, expenses, and costs.

IT IS SO STIPULATED.

Dated: July 18, 2016

By: __/s/_William C. Hernquist II____
William C. Hernquist II, A.P.C.
Attorney for Use-Plaintiff and Counter-Defendant
THYSSENKRUPP ELEVATOR CORPORATION


By: ___/s/ Patricia A. Meagher _ __
Patricia A. Meagher
Attorney for Defendant and Counter-claimant
K.O.O. CONSTRUCTION, INC.

By: __ /s/ Andrew G. Guess_ _ _
Andrew G. Guess
Attorney for Defendant
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The entire action is dismissed with prejudice.
2. Each party shall bear its own costs and attorney's fees.
3. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated: **July 18, 2016**              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE